**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2075**

GARRI SHTEIN,

Plaintiff - Appellant,

versus

CITIZENSHIP DEPARTMENT OF INS BALTIMORE; MS.
LEE, Supervisor; THE FIRST EXAMINER, UNKNOWN
NAME,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
96-1929-DKC)

Submitted: September 24, 1996      Decided: October 22, 1996

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Garri Shtein, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garri Shtein appeals from the district court's order denying his mandamus petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shtein v. Citizenship Dep't of INS Baltimore</u>, No. CA-96-1929-DKC (D. Md. July 16, 1996). We deny Appellant's motion to expedite the appeal as moot, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>